1  BRYAN SULLIVAN (SBN 209743)
   EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
2  bsullivan@earlysullivan.com
   6420 Wilshire Boulevard, 17th Floor
3  Los Angeles, CA 90048
   Telephone: (323) 301-4660
4  Facsimile: (323) 301-4676

5  JEFFREY F. ALLEN (SBN 204042)
   BOND, SCHOENECK & KING PLLC
6  jeffreyallen@bsk.com
   350 Linden Oaks, Third Floor
7  Rochester, New York 14625-2825
   Telephone: (585) 362-4709
8  Facsimile: (585) 362-4701

9  JEREMY P. OCZEK (*Pro Hac Vice*)
   BOND, SCHOENECK & KING PLLC
10 jpoczek@bsk.com
   200 Delaware Avenue, Suite 900
11 Buffalo, New York 14202
   Telephone: (716) 416-7037
12 Facsimile: (716) 416-7001

13 JONATHAN L. GRAY (*Pro Hac Vice*)
   BOND, SCHOENECK & KING PLLC
14 jlgray@bsk.com
   One Lincoln Center
15 Syracuse, New York 13202
   Telephone: (315) 218-8621
16 Facsimile: (315) 218-8100

17 *Counsel for Plaintiffs*

18 **(Counsel's information cont. on p.2)**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SIGNIFY HOLDING B.V. and SIGNIFY NORTH AMERICA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>EEMA INDUSTRIES INC., D/B/A LITON and D/B/A LITON LIGHTING, a MEMBER of EEMA LIGHTING GROUP,<br><br>Defendant. | Case No. 2:25-cv-03928-SB-MAR<br><br>Judge Hon. Stanley Blumenfeld, Jr.<br><br>Magistrate Hon. Margo A. Rocconi<br><br>**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**<br><br>Complaint Filed: May 2, 2025<br><br>Trial Date: June 22, 2026 |

1 | VEDDER PRICE (CA), LLP
2 | Marie E. Christiansen, Bar No. 325352
  | mchristiansen@vedderprice.com
  | 1925 Century Park East, Suite 1900
3 | Los Angeles, California 90067
  | T:  +1 424 204 7700
4 | F:  +1 424 204 7702

5 | VEDDER PRICE P.C.
  | Daniel H. Shulman (*Pro Hac Vice*)
6 | dshulman@vedderprice.com
  | Robert S. Rigg (*Pro Hac Vice*)
7 | rrigg@vedderprice.com
  | 222 N. LaSalle Street
8 | Chicago, Illinois 60601
  | T: +1 312-609-7500
9 | F: +1 312-609-5005

10 | *Attorneys for Defendant*

## Good Cause Statement

WHEREAS, Plaintiffs Signify Holding B.V. and Signify North America Corporation (jointly, "Signify") and Defendant EEMA Industries Inc., d/b/a Liton and d/b/a Liton Lighting, a Member of EEMA Lighting Group ("Liton"), hereinafter collectively the "Parties" and each individually a "Party", believe in good faith that disclosure and discovery activity in this patent infringement action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation is warranted.

## Stipulation

Accordingly, the Parties hereby stipulate to and petition the Court to enter the proposed Protective Order filed herewith (the "Order"). The Parties acknowledge that this Order does not confer blanket protections on all disclosures or responses to discovery and that the protection it affords from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under applicable legal principles. The Parties further acknowledge, as set forth in the proposed Order, that the Order does not entitle them to file confidential information under seal; the Federal Rules of Civil Procedure and/or Local Rules set forth the procedures that must be followed and the standards that will be applied when a Party seeks permission from the Court to file material under seal.

IT IS STIPULATED by and among the Parties that the Court may enter the attached Order in the form filed herewith.

## Proposed Order

Pursuant to Local Rul 5-4.4.2, a Microsoft copy of the proposed Order, along with PDF copies of the electronically filed main documents, will be e-mailed to Magistrate Judge Rocconi's generic chambers e-mail address.

| | | |
|---|---|---|
| 1 | Dated: July 24, 2025 | BOND, SCHOENECK & KING PLLC |
| 2 | | By: */s/ Jeremy P. Oczek* |
| 3 | | Jeremy P. Oczek |

JEREMY P. OCZEK (*Pro Hac Vice*)
BOND, SCHOENECK & KING PLLC
jpoczek@bsk.com
200 Delaware Avenue, Suite 900
Buffalo, New York 14202
Telephone: (716) 416-7037
Facsimile: (716) 416-7001

JEFFREY F. ALLEN (SBN 204042)
BOND, SCHOENECK & KING PLLC
jeffreyallen@bsk.com
350 Linden Oaks, Third Floor
Rochester, New York 14625-2825
Telephone: (585) 362-4709
Facsimile: (585) 362-4701

JONATHAN L. GRAY (*Pro Hac Vice*)
BOND, SCHOENECK & KING PLLC
jlgray@bsk.com
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8621
Facsimile: (315) 218-8100

BRYAN SULLIVAN (SBN 209743)
EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
bsullivan@earlysullivan.com
6420 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Counsel for Plaintiffs
SIGNIFY HOLDING B.V. AND
SIGNIFY NORTH AMERICA CORPORATION

STIPULATION FOR ENTRY OF PROTECTIVE ORDER

| | |
|---|---|
| Dated: July 24, 2025 | VEDDER PRICE P.C.<br><br>By: */s/ Daniel H. Shulman*<br>　　Daniel H. Shulman<br><br>**VEDDER PRICE (CA), LLP**<br>Marie E. Christiansen, Bar No. 325352<br>mchristiansen@vedderprice.com<br>1925 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>T:  +1 424 204 7700<br>F:  +1 424 204 7702<br><br>VEDDER PRICE P.C.<br>Daniel H. Shulman (*Pro Hac Vice*)<br>dshulman@vedderprice.com<br>Robert S. Rigg (*Pro Hac Vice*)<br>rrigg@vedderprice.com<br>222 N. LaSalle Street<br>Chicago, Illinois 60601<br>T: +1 312-609-7500<br>F: +1 312-609-5005<br><br>Counsel for Defendant<br>EEMA INDUSTRIES INC.,<br>D/B/A LITON AND D/B/A LITON LIGHTING, A MEMBER OF EEMA LIGHTING GROUP |

STIPULATION FOR ENTRY OF PROTECTIVE ORDER

## FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2), I, Jeremy P. Oczek, hereby attest that counsel for Defendant EEMA Industries Inc., d/b/a Liton and d/b/a Liton Lighting, a Member of EEMA Lighting Group, concurred in the filing of this document.

Dated: July 24, 2025             By: */s/ Jeremy P. Oczek*
                                 Jeremy P. Oczek